UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.A.M. PRODUCE DISTRIBUTORS LLC
A Michigan limited liability company,

    Plaintiff,

-vs-

    Case No. 09-12197
    Hon: AVERN COHN

POWER CONTRACTING, INC., a Pennsylvania corporation, and GARY L. REINERT, SR., an individual, jointly and severally,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendants Power Contracting, Inc. (Power) and Gary L. Reinert Sr. (Reinert) have filed a motion styled "Motion to Set Aside Entry of Default."

For the reasons stated on the record on November 4, 2009, the motion is GRANTED. The entries of default recorded on July 29, 2009 against Power and on August 7, 2009 against Reinert are set aside.

Power and Reinert shall have twenty days to answer or otherwise plead to the complaint.

The Court reserves the right to sanction Power and Reinert for plaintiff's costs and expenses related to service, entry of the default, and setting aside the entry of default.

Dated: November 5, 2009            s/Avern Cohn_____
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

**09-12197 R.A.M. Produce Distributors, LLC v. Power Contracting, Inc., et al**
**Order Granting Motion to Set Aside Entry of Default**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 5, 2009, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager, (313) 234-5160