UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R.A.M. PRODUCE DISTRIBUTORS, LLC,

    Plaintiff,

-vs-

Case No. 09-12197

Hon: AVERN COHN

PITTSBURGH PRODUCE, LLC, D/B/A RADICCHIO'S INTERNATIONAL MARKETPLACE, et al.,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS
## ON PLAINTIFF'S MOTION REGARDING ATTORNEY'S FEES

This is an action for money owed on the sale of perishable agricultural commodities. Now before the Court is plaintiff's motion for attorney's fees incurred in connection with the setting aside of a clerk's entry of default. The amount requested is $16,106.75. The case itself continues, with trial set for January 03, 2011. The record relating to the default and the attorney's fees reflect an attorney dispute, and suggests that further proceedings on the motion should be stayed until the conclusion of the case.

Accordingly, further proceedings on the motion for attorney's fees is STAYED pending further order of this Court.

SO ORDERED.


Dated: May 14, 2010           S/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 14, 2010, by electronic and/or ordinary mail.

                                                      S/Julie Owens
                                                     Case Manager, (313) 234-5160